**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| 3M COMPANY, a Delaware corporation, and 3M INNOVATIVE PROPERTIES COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDOVER HEALTHCARE, INC., a corporation,<br><br>Defendant. | Civil No. 10-cv-1564 (JNE/AJB) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs 3M Company and 3M Innovative Properties Company, by and through their attorneys, voluntarily dismiss all claims with prejudice against Defendant Andover Healthcare, Inc. in the above-captioned matter, in their entirety, without an award of costs, disbursements or attorneys' fees.

Dated: June 8, 2010

Respectfully submitted,

s/Felicia J. Boyd
Felicia J. Boyd (MN 186168)
Jeff M. Barron (IN 27730-49, *pro hac vice*)
Aaron Staser (IN 25111-82, *pro hac vice*)
**BARNES & THORNBURG LLP**
100 South 5th Street, Suite 1100
Minneapolis, MN 55401
Telephone: (612) 333-2111
Facsimile: (612) 333-6798
E-mail:   fboyd@btlaw.com
          jbarron@btlaw.com
          astaser@btlaw.com

**ATTORNEYS FOR PLAINTIFFS**
**3M COMPANY and 3M INNOVATIVE**
**PROPERTIES COMPANY**

MIDS01 FBOYD 621649v1